# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

LILLIAN BARTEE and LISA BLEDSOE,
*individually and on behalf of others similarly situated,*

   Plaintiffs,

  v.

PROGRESSIVE ADVANCED INSURANCE
COMPANY and PROGRESSIVE CASUALTY
INSURANCE COMPANY,

   Defendants.

JURY TRIAL DEMANDED

Case No. 4:22-cv-00342

## JOINT NOTICE AND REQUEST TO SUSPEND DEADLINES

Plaintiffs and Defendants have reached a settlement in principle as to Plaintiffs' individual allegations in this case. The parties are in the process of consummating the terms of a settlement agreement and filing a dismissal with prejudice. The parties therefore request that the Court suspend all pending deadlines in this matter and set a deadline for filing a stipulation of dismissal. The parties also request that the Court retain jurisdiction for any matters related to completing and/or enforcing the individual settlement.

Dated: November 20, 2025

/s/ *Edwin E. Elliott*
Andrew J. Shamis
Missouri Bar No. 76124
Edwin E. Elliott*
**SHAMIS & GENTILE, P.A.**
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: (305) 479-2299
ashamis@shamisgentile.com
edwine@shamisgentile.com

Respectfully Submitted,

/s/ *Jeffrey S. Cashdan*
Jeffrey S. Cashdan*
Zachary A. McEntyre*
J. Matthew Brigman*
Allison Hill White*
Allexia Bowman Roberts*
Seth I. Euster*
**KING & SPALDING LLP**
1180 Peachtree Street, N.E., Suite 1600
Atlanta, Georgia 30309
Telephone: (404) 572-4600

1

Hank Bates*
Lee Lowther*
**CARNEY BATES & PULLIAM, PLLC**
519 W. 7th Street
Little Rock, AR 72201
Telephone: (501) 312-8500
hbates@cbplaw.com
llowther@cbplaw.com
Edmund A. Normand*
**NORMAND PLLC**
3165 McCrory Place, Suite 175
Orlando, FL 32803
Telephone: (407) 603-6031
ed@normandpllc.com

Scott Edelsberg*
**EDELSBERG LAW, P.A.**
20900 NE 30th Ave, Suite 417
Aventura, FL 33180
Telephone: (305) 975-3320
scott@edelsberglaw.com
Joshua Jacobson*
Tel: (321) 447-6461
joshua@jacobsonphillips.com

*Counsel for Plaintiffs and the Proposed Classes*

jcashdan@kslaw.com
zmcentyre@kslaw.com
mbrigman@kslaw.com
awhite@kslaw.com
aroberts@kslaw.com
seuster@kslaw.com

Jeffrey S. Russell
Jacob Simon
**BRYAN CAVE LLP**
One Metropolitan Square
211 N. Broadway, Suite 3600
St. Louis, Missouri 63102
Telephone: (314) 259-2725
jsrussell@bclplaw.com
Jacob.simon@bclplaw.com

*Admitted pro hac vice

*Counsel for Defendants*

2

## CERTIFICATE OF SERVICE

I, Jeffrey S. Cashdan, hereby certify that on this date, November 20, 2025, I filed the foregoing

***JOINT NOTICE AND REQUEST TO SUSPEND DEADLINES*** with the Clerk of the Court via the

Court's electronic filing system, which will provide electronic mail notice to all counsel of record.


/s/ *Jeffrey S. Cashdan*
Jeffrey S. Cashdan